NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGIZ SENGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPATTIA ROCCIA<br>MANAGEMENT GROUP, LLC,<br><br>    Defendant. | **Case No.** 5:20-cv-01088-SVW-KK<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

**To the Clerk of the U.S. District Court for the Central District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff CENGIZ SENGEL, requests that the Clerk of this Honorable Court enter the default of COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nicholas M. Wajda , Esq. attached hereto.

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on June 28, 2020, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Priority mail, postage prepaid and email to:

Compattia Roccia Management Group, LLC
528 Elmwood Street, Suite 4
Buffalo, New York 14222
crmg.llc@mail.com

                                      Respectfully submitted,

                                      s/ Nicholas M. Wajda