NICHOLAS M. WAJDA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APLC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facisimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CENGIZ SENGEL

Plaintiff,

v.

COMPATTIA ROCCIA
MANAGEMENT GROUP, LLC,

Defendant.

No.  5:20-cv-01088-SVW-KK

## AFFIDAVIT FOR ENTRY OF DEFAULT

I, Nicholas M. Wajda, being duly sworn, state as follows:

1.  I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2.   On June 4, 2020, a process server named Michael Hadden served Jordan Parker, Defendant's representative, a copy of the Summons and Complaint.

3.  A responsive pleading to the Complaint was due on June 26, 2020.   No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

1

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

5. To my best information and belief, Defendant is not an infant or an incompetent person.

/s/ Nicholas M. Wajda
Nicholas M. Wajda
*Counsel for Plaintiff*