NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CENGIZ SENGEL,

        Plaintiff,

    v.

COMPATTIA ROCCIA
MANAGEMENT GROUP, LLC,

        Defendant.

Case No. 5:20-cv-01088-SVW-KK

**PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT**

Plaintiff, CENGIZ SENGEL, by and through his attorneys, Wajda Law Group, APC, having filed with this Court his Motion for Entry of Default and the Court having reviewed same, hereby ORDERED:

1. An Entry of Default shall be entered against the Defendant, Compattia Roccia Management Group, LLC.

Dated: _____

_____
           Judge, U.S. District Court

1